HARRY KARRER, APPELLANT, v. CITY OF ATLANTIC CITY, RESPONDENT.

Submitted July 6, 1915—Decided October 15, 1915.

On appeal from the Supreme Court, in which court the following *per curiam* was filed:

"We think the employment of the prosecutor was for a definite term, from month to month, as the resolution employing him specifically states. We see no reason why both parties should not be bound by that contract with reference to a position of the character involved in this case. It is not necessary that the resolution terminating his services should be passed upon the very day in the month that his contract expires. It may be passed in advance of that time. Whether or not, in this particular case, his services were terminated on September 3d, the day the resolution was passed, or not until September 30th, the last day of the then current calendar month, is a matter not presented in this proceeding. The resolution terminating his services is affirmed, with costs."

For the appellant, *Babcock & Champion.*

For the respondent, *Theodore W. Schimpf.*

PER CURIAM.

The judgment under review should be affirmed, for the reasons expressed in the *per curiam* opinion of the Supreme Court.

*For affirmance*—THE CHANCELLOR, CHIEF JUSTICE, GARRISON, TRENCHARD, BERGEN, MINTURN, BLACK, VREDENBURGH, HEPPENHEIMER, WILLIAMS, TAYLOR, JJ.  11.

*For reversal*—None.